# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR OSCEOLA COUNTY, FLORIDA

SARA PARRISH,                                    CASE NUMBER:

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.

    Defendant,
_____/

## COMPLAINT

Plaintiff, SARA PARRISH, by and through her undersigned attorneys, and hereby files this Complaint against Defendant, WAL-MART STORES EAST, L.P., herein after "WAL-MART", a corporation, licensed to do business in the State of Florida and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of costs, interest, and attorneys' fees. Accordingly, Plaintiff, SARA PARRISH has entered "$30,001.00" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff, SARA PARRISH's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, SARA PARRISH, is over the age of 18 and a resident of Osceola County, Florida.

3. At all times relevant, Defendant, WAL-MART, is a for profit corporation, licensed to do business in the State of Florida.

4. Defendant, WAL-MART, is located in St. Cloud, Osceola County, Florida.

5. All events relevant to this litigation occurred in Osceola County, Florida, therefore, Venue is proper.

6. At all times material hereto, Defendant, WAL-MART owned, possessed, controlled, managed, and maintained the premises and business known as Walmart Store #1086

located at 4400 13th Street, St. Cloud, Osceola County, Florida, said business being that of a retail/grocery store, open to the general public, including the Plaintiff, SARA PARRISH.

7. On or about June 21, 2017, Plaintiff, SARA PARRISH, was at the Wal-Mart Store #1086, located at 4400 13th Street, St. Cloud, Osceola County, Florida.

8. At all times relevant, Plaintiff, SARA PARRISH, was a business invitee at the Walmart Store #1086 at the time of the incident.

9. On or about June 21, 2017, around 6:00a.m., Plaintiff, SARA PARRISH, was walking in an ordinary, customary and foreseeable manner down an aisle, when she slipped and fell on a liquid which had leaked from a produce pallet onto the floor.

10. At said time and place, no warning signs were posted or any notices that would indicate the hazardous conditions.

11. As a result of the incident, Plaintiff, SARA PARRISH, continues to experience ongoing pain and discomfort.

12. As a result of the incident caused by the negligence of Defendant, WAL-MART, Plaintiff, SARA PARRISH, sustained serious and permanent injuries.

## COUNT I
## NEGLIGENCE

13. Plaintiff adopts, re-alleges, and avers the allegations contained in paragraphs 1-12 preceding and for further cause of action alleges and avers as follows:

14. Defendant, WAL-MART, owed a duty to Plaintiff, SARA PARRISH to maintain the area in a reasonably safe manner.

15. Defendant, WAL-MART, created a foreseeable zone of risk by failing to adequately maintain their business in a fashion that would prevent injury to its business invitees.

16. Defendant, WAL-MART, further created a foreseeable zone of risk when its employees were aware of the liquid which formed a puddle on the store's floor, failed to post warning signs or any notices of the hazard, and allowed liquid product to continue on the store's floor and remain a hazard.

17. Defendant, WAL-MART, through its employees and agents, breached their duty to Plaintiff, SARA PARRISH, in one or more of the following ways:

   A. Failing to maintain the area in a reasonably safe manner;

B.      Failing to provide warning signs or any notices to alert business invitees of the liquid product on the floor in the aisle; and

C.      Failing to take all appropriate precautions to avoid injury to its business invitees by remedying the liquid product on the floor.

18.     Defendant, WAL-MART, through its employees and agents, had actual and/or constructive knowledge of the hazard evidenced by the lift and/or pallet tracks made in the hazard which resulted when an employee or agent of Defendant, WAL-MART, moved the lift and/or pallet prior to the slip and fall.

19.     As a direct and proximate cause of Defendant, WAL-MART, and its employees and agents' negligence, Plaintiff, SARA PARRISH, incurred losses including but not limited to bodily injuries and medical expenses into the past and future. Further, Plaintiff, SARA PARRISH, suffered physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life experienced in the past and loss of capacity for the enjoyment of life to be experienced in the future.

WHEREFORE, Plaintiff, SARA PARRISH, demands judgment for damages against Defendant, WAL-MART STORES EAST, L.P., together with pre-judgment interest, post judgment interest, taxable costs for such other and further relief as this Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff, SARA PARRISH, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

DATED: April 24, 2020.

/s/ Richard W. Smith
Richard W. Smith, Esq.
Florida Bar No.: 13943
Christopher J. Baker, Esq.
Florida Bar No.: 1008040
**NEJAME LAW, P.A.**
189 South Orange Avenue, Suite 1800
Orlando, FL 32801
Phone: 407-500-0000
Fax: 407-802-1653
Richard@nejamelaw.com
Chris@nejamelaw.com
Lillian@nejamelaw.com
Litigation@nejamelaw.com
Attorneys for Plaintiff

3